# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

149561

ROBERT HEXIMER,

      Plaintiff-Appellant,

v                                  SC: 149561
                                       COA: 321601

CHIPPEWA CORRECTIONAL FACILITY WARDEN,

      Defendant-Appellee.

_____

      On order of the Chief Justice, plaintiff-appellant having failed to comply with the orders of July 21, 2014 and August 11, 2014, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2014



Clerk